E-FILED
Wednesday, 23 March, 2005  04:04:19 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Criminal No. 05- 40032 |
| ) | |
| v. ) | VIO: Title 18, United States Code, |
| ) | Section 13; 625 ILCS 5/6-303 |
| JAMES SIMMONS JR. ) | |
| Defendant. ) | |

INFORMATION

FILED
MAR 2 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

THE UNITED STATES ATTORNEY CHARGES:

COUNT I

On or about March 03, 2005, in the Central District of Illinois, the defendant,

JAMES SIMMONS JR.

did drive a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jursidiction of the United States, while his drivers license was revoked, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/6-303 and in violation of Title 18, United States Code, Section 13.

JAN PAUL MILLER
UNITED STATES ATTORNEY

BY:    /S/ Mary L. Fuhr
MARY L. FUHR
SPECIAL ASSISTANT U.S. ATTORNEY
Rock Island Arsenal
Rock Island, IL 61299-5000
Telephone: 309/782-8443

1